UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10062-GAO

ARLAINE SUSAN DELANCEY,
Plaintiff,

v.

ISLAND ELDERLY HOUSING, INC., ANN WALLACE AND DOROTHY A. YOUNG,
Defendants.

ORDER
February 6, 2012

O'TOOLE, D.J.

The defendants, Island Elderly Housing, Inc., Ann Wallace, and Dorothy A. Young, have filed a motion to dismiss or, in the alternative, to strike the plaintiff's claim. The plaintiff has filed no opposition to this motion. After reviewing the motion, accompanying memorandum, and relevant party submissions, I find the motion to be appropriate.

Accordingly, the defendants' motion (dkt. no. 17) to dismiss or, in the alternative, to strike is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge